## QUIÑONES *v.* EL REGISTRADOR DE LA PROPIEDAD.

### RECURSO gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 112.—Resuelto en marzo 11, 1912.

CANCELACIÓN DE HIPOTECAS—DEFECTOS SUBSANABLES—SOCIEDAD LIQUIDADORA—
FACULTADES Y PODERES DE UNA SOCIEDAD LIQUIDADORA.—El Registrador de
la Propiedad de Caguas inscribió la escritura de cancelación de hipoteca
objeto de este recurso con el defecto subsanable de no haber tenido a la
vista la escritura de constitución de la sociedad Müllenhoff y Körber para
saber los poderes y deberes de la sociedad liquidadora Körber y Compañía
que canceló la hipoteca constituída por la anterior. Se resolvió que apare-
ciendo de la escritura de cancelación que Körber y Compañía es liquidadora
de Müllenhoff y Körber y que la sociedad liquidadora tiene todos los poderes
y deberes que determinan los artículos 227 al 233 y 235 al 237 del Código
de Comercio, entre cuyos poderes está el de extinguir las obligaciones con-
traídas de antemano, era innecesario para el registrador tener a la vista la
escritura que menciona, no existiendo por tanto defecto alguno subsanable.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Rafael Arce.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por escritura pública otorgada en 30 de octubre de 1911 ante el Notario Don Rafael Arce Rollet, la sociedad mercantil regular colectiva de esta capital titulada "Körber y Ca.," por medio de su gestor Don Eduardo F. Woods, cuya sociedad es liquidadora de la ya extinguida de Müllenhoff y Körber, canceló hipoteca constituída a favor de Müllenhoff y Körber sobre una finca urbana y otra rústica de la propiedad de los esposos Don Nicolás Quiñones Cabezudo y Doña Dolores Giménez Cruz para garantir el cumplimiento de obligaciones de la sociedad "Quiñones Cabezudo y Ca." que habían sido solventadas; y presentada copia de aquella escritura al Registrador de la Propiedad de Caguas, verificó éste las inscripciones de cancelación con el defecto subsanable de no haberse tenido a la vista la escritura de constitución de la Sociedad Müllenhoff y Körber de la que se dice liquidadora la

de Körber y Ca., según se hizo constar en nota de 20 de diciembre del año 1911.

La expresada nota ha sido recurrida en la parte relativa al defecto subsanable que contiene.

Examinada la escritura de cancelación aparece de la misma que la sociedad mercantil Körber y Ca. se constituyó por escritura de 31 de julio de 1911, siendo gestor administrador de la misma entre otros Don Eduardo F. Woods, con facultades para constituir, aceptar y cancelar hipotecas; que la sociedad Körber y Ca. es liquidadora de la de Müllenhoff y Körber disuelta en la misma fecha y que esa sociedad de Körber y Ca., según la escritura de disolución y liquidación de la de Müllenhoff y Körber tendrá todos los poderes y deberes que determinan los artículos 227 al 233 y 235 al 237 del Código de Comercio.

Como se ve, a la sociedad Körber y Ca., como liquidadora de Müllenhoff y Körber,. le han sido señalados los poderes y deberes que determinan los artículos ya citados del Código de Comercio, y no hay necesidad alguna de tener a la vista la escritura de constitución de la sociedad Müllenhoff y Körber para venir en conocimiento de·esos poderes y deberes.

La Sociedad Körber y Ca., con arreglo al artículo 228 del Código de Comercio, tenía facultades en calidad de liquidadora de Müllenhoff y Körber, a percibir sus créditos, a extinguir las obligaciones contraídas de antemano, según fueran venciendo y a realizar las operaciones pendientes. · Si Quiñones Cabezudo y Ca. habían extinguido la obligación hipotecaria contraída a favor de Müllenhoff y Körber, en las facultades de la liquidadora Körber y Ca. estaba cancelar la hipoteca de que se trata.

Por las razones expuestas, debe revocarse la nota del Registrador de la Propiedad de Caguas en la parte que ha sido recurrida y declararse que la escritura de cancelación de hipotecas es inscribible sin el defecto subsanable apuntado.

*Revocada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.